John C. Porter, Jr., Ronald J. Stay, Jr., Stites & Harbison, PLLC, Atlanta, GA, Hugh William Rowling, Jr., Sr. Associate County Attorney, Marietta, GA, Robert Michael Sheffield, McCalla, Raymer, et al, Roswell, GA, for Plaintiffs–Appellees.

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Lucina Carranco appealed an order to remand a dispossessory action to state court and award attorney's fees for Carranco's improper removal. This court dismissed the appeal of the order of remand for lack of jurisdiction, but the appeal of the award of attorney's fees was permitted to go forward. Because Carranco did not challenge the award of attorney's fees in her brief, that argument is considered waived. *See Rowe v. Schreiber*, 139 F.3d 1381, 1382 n. 1 (11th Cir.1998).

In deference to Carranco's *pro se* status, even if we liberally construed Carranco's brief to address the underlying merits of the award of attorney's fees, we would affirm. The standard of review would be for abuse of discretion. *Legg v. Wyeth*, 428 F.3d 1317 (11th Cir.2005). Because Carranco concedes that the complaint against her did not raise a federal question and removal was not proper under *Georgia v. Rachel*, 384 U.S. 780, 792, 86 S.Ct. 1783, 1790, 16 L.Ed.2d 925 (1966), the district court did not abuse its discretion in awarding attorney's fees.

**AFFIRMED.**

**UNITED STATES Of America, Plaintiff–Appellee,**

v.

**Tony Edward DIXON, Defendant–Appellant.**

No. 05–12043
Non–Argument Calendar.
D.C. Docket No. 04–00202–CR–J–32–HTS.

United States Court of Appeals, Eleventh Circuit.

Nov. 30, 2005.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

Maurice C. Grant, II, R. Fletcher Peacock, Jacksonville, FL, for Defendant–Appellant.

Before EDMONDSON, Chief Judge, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Maurice C. Grant, appointed counsel for Tony Edward Dixon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Dixon's conviction and sentence are **AFFIRMED**.